UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-110-FDW

| ROGER EDWARDS, | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER** |
| FNU BUCHANAN, et al., | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |

**THIS MATTER** is before the Court on *pro se* Plaintiff's Motion for Extension of Time, (Doc. No. 10), in which he seeks an extension of time to file an Amended Complaint. Plaintiff claims that there was a delay in his receipt of the Court's Order on initial review of the Complaint and that his copy of the Order is lost and that he needs additional time to complete an Amended Complaint. Plaintiff's Motion will be granted for good cause shown.

**IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for Extension of Time, (Doc. No. 10), is **GRANTED** until January 30, 2020.

(2) The Clerk is respectfully requested to mail Plaintiff a blank § 1983 form and a copy of the Court's December 9, 2019 Order, (Doc. No. 9).

Signed: December 20, 2019

Frank D. Whitney
Chief United States District Judge