# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00110-MR

| | |
|---|---|
| ROGER EDWARDS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| FNU BUCHANAN, et al., | ) **ORDER** |
| Defendants. | ) |

**THIS MATTER** is before the Court *sua sponte.*

The *pro se* incarcerated Plaintiff filed this lawsuit pursuant to 42 U.S.C. § 1983 based on an incident that allegedly occurred at the Mountain View Correctional Institution. [Doc. 1]. The Amended Complaint survived initial review as to Defendant Buchanan, a current or former employee of the North Carolina Department of Public Safety. [Doc. 13]. As such, the Plaintiff will be given the opportunity to request the appointment of North Carolina Prisoner Legal Services ("NCPLS") to assist him with discovery. If the Plaintiff wishes to request NCPLS's appointment in this matter, he must complete and return the enclosed form within fourteen (14) days of this Order.

**IT IS THEREFORE ORDERED** that the Clerk shall mail Plaintiff an Opt-In/ Opt-Out form pursuant to the Standing Order in Misc. Case No. 3:19-mc-00060-FDW.  If the Plaintiff wishes to request the appointment of NCPLS in this matter, he must return the completed form to the Court within **fourteen (14) days** of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge