# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ROGER EDWARDS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00110-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| TOMMY D. BUCHANAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 22, 2022 Memorandum of Decision and Order.

February 22, 2022

Frank G. Johns, Clerk
United States District Court